UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____X

RICHARD BOURT, JR.,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

_____X
_____X

SAMUEL J. COMPO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

_____X
_____X

ROBERT L. FUDA,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

_____X

CIVIL ACTION
NO. 3:02CV00191 (AVC)

CIVIL ACTION
NO: 3:02CV1675(PCD)

CIVIL ACTION
NO. 3:02CV01678 (RNC)

**FELA HEARING LOSS CASES - MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS.**

_____X

JOHN P. GEARY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01679 (WWE)

_____X

ROBERT HICKEY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant
_____X

CIVIL ACTION

NO. 3:02CV01674 (CFD)

_____X

THOMAS KINIRY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01680 (JBA)

2

_____X

RICHARD K. LASKEVITCH

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01676 (GLG)

_____X

JOHN RAGGI,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01681 (GLG)

_____X

EDWARD P. RUSSO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01682 (JCH)

```
_____X
```
JAMES SCOFIELD,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
```
_____X
```

CIVIL ACTION

NO. 3:02CV1683 (JCH)

```
_____X
```
MICHAEL SELMONT,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
```
_____X
```

CIVIL ACTION

NO. 3:02CV1677 (GLG)

```
_____X
```
MILLARD J. SULLIVAN,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
```
_____X
```

CIVIL ACTION

NO. 3:02CV01684 (JCH)

4

```
_____X
```

FRANCIS BAKUTIS,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
```
_____X
_____X
```

ROBERT C. BLACK,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
```
_____X
_____X
```

JAMES CAFFREY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
```
_____X
```

CIVIL ACTION

NO. 3:02CV01877 (MRK)

CIVIL ACTION

NO. 3:02CV01873 (AVC)

CIVIL ACTION

NO. 3:02CV01884 (CFD)

5

_____X

CHARLES KANE,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01878 (CFD)

_____X

KARL KAUTZ,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01874 (JBA)

_____X

FREDERICK N. KOVAL,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01879 (GLG)

```
_____X
SIGISMONDO LoVERME,
                                                        CIVIL ACTION
        Plaintiff
                                                        NO. 3:02CV01880 (PCD)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

HENRY MACKEY,
                                                        CIVIL ACTION
        Plaintiff
                                                        NO. 3:02CV01881 (AWT)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

LOUIS MURRAY,
                                                        CIVIL ACTION
        Plaintiff
                                                        NO. 3:02CV01882 (JBA)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

```
_____X
```
ALFRED C. SCHUMACHER,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
```
_____X
```

CIVIL ACTION

NO. 3:02CV01875 (AHN)

```
_____X
```
TIMOTHY STRAND,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
```
_____X
```

CIVIL ACTION

NO. 3:02CV01883 (AWT)

```
_____X
```
TIMOTHY SWEENEY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
```
_____X
```

CIVIL ACTION

NO. 3:02CV01872 (RNC)

———————————————————————————————X

BILLY JOE WILSON,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
———————————————————————————————X

CIVIL ACATION

NO. 3:02CV01876 (DJS)

———————————————————————————————X

NICKOLAS R. ATLAS,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant
———————————————————————————————X

CIVIL ACTION

NO. 3:02CV02029 (DJS)

———————————————————————————————X

MICHAEL BETTINI,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
———————————————————————————————X

CIVIL ACTION

NO. 3:02CV02030 (RNC)

```
_____X
PAUL F. CIUZIO,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:02CV02032 (JBA)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

RICHARD FANNING,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:02CV02034 (SRU)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

THOMAS FARLEY,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 302CV02035 (WWE)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

```
_____X
CALOGERO FARRUGGIO,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:02CV02036 (CFD)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X
CLYDE GIBBS,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:02CV02037 (WWE)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X
THOMAS INFANTINO,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:02CV02038 (GLG)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

_____X

ANTONIO P. SARTORI, JR.,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02039 (PCD)

_____X

LAWRENCE TRAMAGLINI,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 302CV02040 (SRU)

_____X

JOSEPH WALZ,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02041 (DJS)

```
_____X

MAURICE BARRETT,
                                                    CIVIL ACTION
        Plaintiff
                                                    NO. 3:03CV00180 (DJS)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

DAVID BETRIX,
                                                    CIVIL ACTION
        Plaintiff
                                                    NO. 3:03CV00181 (WWE)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

THOMAS BYRNE, SR.,
                                                    CIVIL ACTION
        Plaintiff
                                                    NO. 3:03CV00182 (CFD)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

```
_____X
FRANK DiLORENZO,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:03CV00183 (AWT)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

DENNIS INCONSTANTI,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:03CV00184 (MRK)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

JOHN F. JOHNSON, JR.,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:03CV00185 (GLG)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

_____X

JOHN MELILLO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

_____X

CIVIL ACTION

NO. 3:03CV00186 (RNC)

_____X

JERRY D. PATTERSON, SR.,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

_____X

CIVIL ACTION

NO. 3:03CV00187 (GLG)

_____X

PEDRO RODRIGUEZ,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

_____X

CIVIL ACTION

NO. 3:03CV00188 (JBA)

| | |
|---|---|
| _____X <br> RICHARD STARR, <br>   Plaintiff <br> VS. <br> METRO-NORTH RAILROAD COMPANY, ET AL., <br>   Defendants <br> _____X | CIVIL ACTION <br><br> NO. 3:03CV00189 (RNC) |
| _____X <br> ROBERT WEST, <br>   Plaintiff <br> VS. <br> METRO-NORTH RAILROAD COMPANY, ET AL., <br>   Defendants <br> _____X | CIVIL ACTION <br><br> NO. 3:03CV00190 (AWT) |
| _____X <br> ROBERT F. WRIGHT, <br>   Plaintiff <br> VS. <br> METRO-NORTH RAILROAD COMPANY, ET AL., <br>   Defendants <br> _____X | CIVIL ACTION <br><br> NO. 3:03CV00191 (RNC) <br><br> NOVEMBER 14, 2003 |

## **PLAINTIFFS' MOTION TO COMPEL METRO-NORTH**

Pursuant to Fed. R. Civ. P. 37 and D. Conn. L. R. Civ. P. 37, the plaintiffs in the above-captioned hearing loss cases hereby move to compel Metro-North ("MN") to produce documents responsive to requests for production ("RFP") (1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13,

16

14, 17, 18 ,19, 20, 21, 22, 24, 25, 26 and 27) and to respond to interrogatories (1, 2, 3, 4, 5, 6, 7, 8 and 9). A memorandum of a law and an affidavit

are being filed herewith.

FOR THE PLAINTIFFS,

By_____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 14th day of November, 2003, to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905 and to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109.

_____
Scott E. Perry