IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
                         :

NICKOLAS ATLAS              :    3:02 CV 2029 (DJS)

v.

METRO-NORTH RAILROAD CO.    :    DATE: SEPT. 30, 2004

-----------------------------------------------------------x
-----------------------------------------------------------x

MICHAEL BETTINI           :    3:02 CV 2030 (RNC)

v.

METRO-NORTH RAILROAD CO. ET AL.  :    DATE: SEPT. 30, 2004

-----------------------------------------------------------x
-----------------------------------------------------------x

PAUL CIUZIO               :    3:02 CV 2032 (JBA)

v.

METRO-NORTH RAILROAD CO. ET AL.  :    DATE: SEPT. 30, 2004

-----------------------------------------------------------x
-----------------------------------------------------------x

RICHARD F. FANNING       :    3:02 CV 2034 (WWE)

v.

METRO-NORTH RAILROAD CO. ET AL.  :    DATE: SEPT. 30, 2004

-----------------------------------------------------------x

```
-----------------------------------------------------x
                                                     :
THOMAS FARLEY                                        :    3:02 CV 2035 (WWE)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: SEPT. 30, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
COLOGERO G. FARRUGGIO                                :    3:02 CV 2036 (CFD)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: SEPT. 30, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
CLYDE M. GIBBS                                       :    3:02 CV 2037 (WWE)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: SEPT. 30, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
THOMAS INFANTINO                                     :    3:02 CV 2038 (WWE)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: SEPT. 30, 2004
                                                     :
-----------------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
ANTONIO SARTORI                                            :    3:02 CV 2039 (PCD)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: SEPT. 30, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
LAWRENCE TRAMAGLINI                                        :    3:02 CV 2040 (SRU)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: SEPT. 30, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
JOSEPH WALZ                                                :    3:02 CV 2041 (DJS)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: SEPT. 30, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
DAVID B. BETRIX                                            :    3:03 CV 181 (WWE)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: SEPT. 30, 2004
                                                           :
-----------------------------------------------------------x
```

3

```
------------------------------------------------------x
                                                      :
THOMAS BYRNE, SR.                                     :    3:03 CV 182 (CFD)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: SEPT. 30, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
FRANK A. DiLORENZO                                    :    3:03 CV 183 (AWT)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: SEPT. 30, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
DENNIS INCONSTANTI                                    :    3:03 CV 184 (JCH)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: SEPT. 30, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
JOHN F. JOHNSON, JR.                                  :    3:03 CV 185 (MRK)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: SEPT. 30, 2004
                                                      :
------------------------------------------------------x
```

```
-----------------------------------------------------x
                                                      :
JOHN J. MELILLO                                       :     3:03 CV 186 (RNC)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO.                              :     DATE: SEPT. 30, 2004
                                                      :
-----------------------------------------------------x
-----------------------------------------------------x
                                                      :
PEDRO S. RODRIGUEZ                                    :     3:03 CV 188 (JBA)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :     DATE: SEPT. 30, 2004
                                                      :
-----------------------------------------------------x
-----------------------------------------------------x
                                                      :
RICHARD STARR                                         :     3:03 CV 189 (RNC)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :     DATE: SEPT. 30, 2004
                                                      :
-----------------------------------------------------x
-----------------------------------------------------x
                                                      :
ROBERT F. WRIGHT                                      :     3:03 CV 191 (RNC)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :     DATE: SEPT. 30, 2004
                                                      :
-----------------------------------------------------x
```

<u>RULING ON MOTIONS FOR EXTENSION OF SCHEDULING ORDER DEADLINES</u>

By agreement of counsel, defendant's Motions for Extension of Scheduling Order Deadlines, <u>Geary</u>, 3:02 CV 1679 (WWE), Dkt. #64; <u>Atlas</u>, 3:02 CV 2029 (DJS), Dkt. #25; <u>Bettini</u>, 3:02 CV 2030 (RNC), Dkt. #52; <u>Ciuzio</u>, 3:02 CV 2032 (JBA), Dkt. #59; <u>Fanning</u>, 3:02 CV 2034 (SRU), Dkt. #47; <u>Farley</u>, 3:02 CV 2035 (WWE), Dkt. #46; <u>Farruggio</u>, 3:02 CV 2036 (CFD), Dkt. #52; <u>Gibbs</u>, 3:02 CV 2037 (WWE), Dkt. #49; <u>Infantino</u>, 3:02 CV 2038 (WWE), Dkt. #49; <u>Sartori</u>, 3:02 CV 2039 (PCD), Dkt. #51; <u>Tramaglini</u>, 3:02 CV 2040 (SRU), Dkt. #45; <u>Walz</u>, 3:02 CV 2041 (DJS), Dkt. #55; <u>Betrix</u>, 3:03 CV 181 (WWE), Dkt. #46; <u>Byrne</u>, 3:03 CV 182 (CFD), Dkt. #40; <u>DiLorenzo</u>, 3:03 CV 183 (AWT), Dkt. #42; <u>Inconstanti</u>, 3:03 CV 184 (MRK), Dkt. #47; <u>Johnson</u>, 3:03 CV 185 (MRK), Dkt. #44; <u>Melillo</u>, 3:03 CV 186 (RNC), Dkt. #23; <u>Rodriguez</u>, 3:03 CV 188 (JBA), Dkt. #48; <u>Starr</u>, 3:03 CV 189 (RNC), Dkt. #43; <u>Wright</u>, 3:03 CV 191 (RNC), Dkt. #49, are <u>granted by agreement as follows</u>:

All fact discovery shall be completed **on or before December 15, 2004**; plaintiff's expert report(s) shall be disclosed **on or before January 14, 2005**; plaintiff's expert(s) shall be deposed **on or before February 15, 2005**; defendant's expert report(s) shall be disclosed **on or before February 15, 2005**; and defendant's expert(s) shall be deposed **on or before March 15, 2005**.

Dated at New Haven, Connecticut, this 30th day of September, 2004.


_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge

6