IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

----------------------------------------------------------x
                                   :

JOHN P. GEARY                    :      3:02 CV 1679 (WWE)

v.                             :

METRO-NORTH RAILROAD CO. ET AL.   :     DATE: DEC. 7, 2004

----------------------------------------------------------x
----------------------------------------------------------x
                                   :

MICHAEL BETTINI                :      3:02 CV 2030 (RNC)

v.                             :

METRO-NORTH RAILROAD CO. ET AL.   :     DATE: DEC. 7, 2004

----------------------------------------------------------x
----------------------------------------------------------x
                                   :

RICHARD F. FANNING          :      3:02 CV 2034 (WWE)

v.                             :

METRO-NORTH RAILROAD CO. ET AL.   :     DATE: DEC. 7, 2004

----------------------------------------------------------x
----------------------------------------------------------x
                                   :

THOMAS FARLEY                 :      3:02 CV 2035 (WWE)

v.                             :

METRO-NORTH RAILROAD CO. ET AL.   :     DATE: DEC. 7, 2004

----------------------------------------------------------x

```
------------------------------------------------------x
                                                       :
COLOGERO G. FARRUGGIO                                  :        3:02 CV 2036 (CFD)
                                                       :
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :        DATE: DEC. 7, 2004
                                                       :
------------------------------------------------------x
------------------------------------------------------x
                                                       :
THOMAS INFANTINO                                       :        3:02 CV 2038 (WWE)
                                                       :
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :        DATE: DEC. 7, 2004
                                                       :
------------------------------------------------------x
------------------------------------------------------x
                                                       :
ANTONIO SARTORI                                        :        3:02 CV 2039 (PCD)
                                                       :
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :        DATE: DEC. 7, 2004
                                                       :
------------------------------------------------------x
------------------------------------------------------x
                                                       :
THOMAS BYRNE, SR.                                      :        3:03 CV 182 (CFD)
                                                       :
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :        DATE: DEC. 7, 2004
                                                       :
------------------------------------------------------x
```

```
--------------------------------------------------------x
                                       :
FRANK A. DiLORENZO                     :      3:03 CV 183 (AWT)
                                       :
                                       :
                                       :
v.                                     :
                                       :
                                       :
                                       :
METRO-NORTH RAILROAD CO. ET AL.        :      DATE: DEC. 7, 2004
                                       :
--------------------------------------------------------x
--------------------------------------------------------x
                                       :
DENNIS INCONSTANTI                     :      3:03 CV 184 (JCH)
                                       :
                                       :
                                       :
v.                                     :
                                       :
                                       :
                                       :
METRO-NORTH RAILROAD CO. ET AL.        :      DATE: DEC. 7, 2004
                                       :
--------------------------------------------------------x
--------------------------------------------------------x
                                       :
JOHN J. MELILLO                        :      3:03 CV 186 (RNC)
                                       :
                                       :
                                       :
v.                                     :
                                       :
                                       :
                                       :
METRO-NORTH RAILROAD CO.               :      DATE: DEC. 7, 2004
                                       :
--------------------------------------------------------x
--------------------------------------------------------x
                                       :
PEDRO S. RODRIGUEZ                     :      3:03 CV 188 (JBA)
                                       :
                                       :
                                       :
v.                                     :
                                       :
                                       :
                                       :
METRO-NORTH RAILROAD CO. ET AL.        :      DATE: DEC. 7, 2004
                                       :
--------------------------------------------------------x
```

```
---------------------------------------------------------x
                                         :
RICHARD STARR                            :    3:03 CV 189 (RNC)
                                         :
                                         :
                                         :
v.                                       :
                                         :
                                         :
                                         :
METRO-NORTH RAILROAD CO. ET AL.          :    DATE: DEC. 7, 2004
                                         :
---------------------------------------------------------x
---------------------------------------------------------x
                                         :
ROBERT F. WRIGHT                         :    3:03 CV 191 (RNC)
                                         :
                                         :
                                         :
v.                                       :
                                         :
                                         :
                                         :
METRO-NORTH RAILROAD CO. ET AL.          :    DATE: DEC. 7, 2004
                                         :
---------------------------------------------------------x
```

<u>RULING ON MOTIONS FOR EXTENSION OF SCHEDULING ORDER DEADLINES</u>

By agreement of counsel, defendant's Motions for Extension of Scheduling Order Deadlines, <u>Geary</u>, 3:02 CV 1679 (WWE), Dkt. #65; <u>Bettini</u>, 3:02 CV 2030 (RNC), Dkt. #54; <u>Fanning</u>, 3:02 CV 2034 (SRU), Dkt. #49; <u>Farley</u>, 3:02 CV 2035 (WWE), Dkt. #49; <u>Farruggio</u>, 3:02 CV 2036 (CFD), Dkt. #54; <u>Infantino</u>, 3:02 CV 2038 (WWE), Dkt. #52; <u>Sartori</u>, 3:02 CV 2039 (PCD), Dkt. #53; <u>Byrne</u>, 3:03 CV 182 (CFD), Dkt. #42; <u>DiLorenzo</u>, 3:03 CV 183 (AWT), Dkt. #44; <u>Inconstanti</u>, 3:03 CV 184 (MRK), Dkt. #50; <u>Melillo</u>, 3:03 CV 186 (RNC), Dkt. #25; <u>Rodriguez</u>, 3:03 CV 188 (JBA), Dkt. #50; <u>Starr</u>, 3:03 CV 189 (RNC), Dkt. #45; <u>Wright</u>, 3:03 CV 191 (RNC), Dkt. #51, are <u>granted by agreement as follows</u>:

All fact discovery shall be completed **on or before February 15, 2005**; plaintiff's expert report(s) shall be disclosed **on or before March 15, 2005**; plaintiff's expert(s) shall be deposed **on or before April 15, 2005**; defendant's expert report(s) shall be disclosed **on or before April 15, 2005**; and defendant's expert(s) shall be deposed **on or before May 16, 2005**.

Dated at New Haven, Connecticut, this 7th day of December, 2004.

_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge