UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X

RICHARD FANNING,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

---------------------------------------------------------X

CIVIL ACTION

NO. 3:02CV02034 (SRU)

**FELA HEARING LOSS CASE.  MAY BE FILED
IN NEW HAVEN AS OREDERED
BY MAGISTRATE JUDGE MARGOLIS.**

FEBRUARY 17, 2005

## MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

The undersigned plaintiff, with the consent and agreement of the defendant, hereby moves this Court for an extension of time of certain remaining scheduling order deadlines for the third and fourth groups of hearing loss cases, as contained in this Court's Memorandum of Status Conference dated July 17, 2003.

Specifically, the plaintiff seeks to (1) extend the deadline for completing all fact discovery for forty-five (45) days, up to and including April 1, 2005; (2) extend the deadline for disclosing the defendant's expert report(s) forty-five (45) days, up to and including April 30, 2005; (3) extend the deadline for deposing the defendant's expert(s) forty-five (45) days, up to and including May 30, 2005; ;(4) extend the deadline for disclosing plaintiff's expert report(s) forty-five (45) days, up to and including May 30, 2005; and (5) extend the deadline for deposing the plaintiff's expert(s) forty-five (45) days, up to and including June 30, 20025.

The plaintiff and defendant have several fact depositions that need to be completed before they can complete the remaining expert discovery. The parties are in the process of preparing the first hearing loss case for trial with Judge Arterton.

The plaintiff submits that this is the third extension of time sought with respect to the scheduling deadlines in the third and fourth groups. Counsel for the defendant has been contacted regarding this motion, and as noted above, she has no objection to the instant motion.

RESPECTFULLY SUBMITTED,

FOR THE PLAINTIFF, RICHARD FANNING

By _____
Scott E. Perry (ct17236)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
(203) 777-1000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 17th day of February, 2005, to Susan B. Parzymieso, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_____
Scott E. Perry