IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
NICKOLAS ATLAS                              :   3:02 CV 2029 (DJS)
:
v.                                          :
:
METRO-NORTH RAILROAD CO.                    :   DATE: FEB. 24, 2005
:
---------------------------------------------------------x
---------------------------------------------------------x
:
MICHAEL BETTINI                             :   3:02 CV 2030 (RNC)
:
v.                                          :
:
METRO-NORTH RAILROAD CO. ET AL.             :   DATE: FEB. 24, 2005
:
---------------------------------------------------------x
---------------------------------------------------------x
:
RICHARD F. FANNING                          :   3:02 CV 2034 (SRU)
:
v.                                          :
:
METRO-NORTH RAILROAD CO. ET AL.             :   DATE: FEB. 24, 2005
:
---------------------------------------------------------x
---------------------------------------------------------x
:
THOMAS FARLEY                               :   3:02 CV 2035 (WWE)
:
v.                                          :
:
METRO-NORTH RAILROAD CO. ET AL.             :   DATE: FEB. 24, 2005
:
---------------------------------------------------------x

```
-------------------------------------------------------x
                                              :
CALOGERO G. FARRUGGIO                         :   3:02 CV 2036 (CFD)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :   DATE: FEB. 24, 2005
                                              :
-------------------------------------------------------x
-------------------------------------------------------x
                                              :
THOMAS INFANTINO                              :   3:02 CV 2038 (WWE)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :   DATE: FEB. 24, 2005
                                              :
-------------------------------------------------------x
-------------------------------------------------------x
                                              :
ANTONIO SARTORI                               :   3:02 CV 2039 (PCD)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :   DATE: FEB. 24, 2005
                                              :
-------------------------------------------------------x
-------------------------------------------------------x
                                              :
LAWRENCE TRAMAGLINI                           :   3:02 CV 2040 (SRU)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :   DATE: FEB. 24, 2005
                                              :
-------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
    THOMAS BYRNE, SR.                                      :    3:03 CV 182 (CFD)
                                                           :
                                                           :
    v.                                                     :
                                                           :
                                                           :
    METRO-NORTH RAILROAD CO. ET AL.                        :    DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
    FRANK A. DiLORENZO                                     :    3:03 CV 183 (AWT)
                                                           :
                                                           :
    v.                                                     :
                                                           :
                                                           :
    METRO-NORTH RAILROAD CO. ET AL.                        :    DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
    DENNIS INCONSTANTI                                     :    3:03 CV 184 (MRK)
                                                           :
                                                           :
    v.                                                     :
                                                           :
                                                           :
    METRO-NORTH RAILROAD CO. ET AL.                        :    DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
    JOHN J. MELILLO                                        :    3:03 CV 186 (RNC)
                                                           :
                                                           :
    v.                                                     :
                                                           :
                                                           :
    METRO-NORTH RAILROAD CO.                               :    DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                            :
PEDRO S. RODRIGUEZ                          :    3:03 CV 188 (JBA)
                                            :
                                            :
v.                                          :
                                            :
                                            :
METRO-NORTH RAILROAD CO. ET AL.             :    DATE: FEB. 24, 2005
                                            :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                            :
RICHARD STARR                               :    3:03 CV 189 (RNC)
                                            :
                                            :
v.                                          :
                                            :
                                            :
METRO-NORTH RAILROAD CO. ET AL.             :    DATE: FEB. 24, 2005
                                            :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                            :
ROBERT F. WRIGHT                            :    3:03 CV 191 (RNC)
                                            :
                                            :
v.                                          :
                                            :
                                            :
METRO-NORTH RAILROAD CO. ET AL.             :    DATE: FEB. 24, 2005
                                            :
-----------------------------------------------------------x
```

RULING ON MOTIONS FOR EXTENSION OF SCHEDULING ORDER DEADLINES

By agreement of counsel, plaintiff's Motions for Extension of Scheduling Order Deadlines, <u>Atlas</u>, 3:02 CV 2029 (DJS), Dkt. #29; <u>Bettini</u>, 3:02 CV 2030 (RNC), Dkt. #57; <u>Fanning</u>, 3:02 CV 2034 (SRU), Dkt. #52; <u>Farley</u>, 3:02 CV 2035 (WWE), Dkt. #52; <u>Farruggio</u>, 3:02 CV 2036 (CFD), Dkt. #57; <u>Infantino</u>, 3:02 CV 2038 (WWE), Dkt. #55; <u>Sartori</u>, 3:02 CV 2039 (PCD), Dkt. #56; <u>Tramaglini</u>, 3:02 CV 2040 (SRU), Dkt. #48; <u>Byrne</u>, 3:03 CV 182 (CFD), Dkt. #45; <u>DiLorenzo</u>, 3:03 CV 183 (AWT), Dkt. #50; <u>Inconstanti</u>, 3:03 CV 184 (MRK), Dkt. #53; <u>Melillo</u>, 3:03 CV 186 (RNC), Dkt. #28; <u>Rodriguez</u>, 3:03 CV 188 (JBA), Dkt. #53; <u>Starr</u>, 3:03 CV 189 (RNC), Dkt. #47; <u>Wright</u>, 3:03 CV 191 (RNC), Dkt. #54, are <u>granted by agreement as follows</u>:

All fact discovery shall be completed **on or before April 1, 2005**; defendant's expert report(s) shall be disclosed **on or before April 30, 2005**; defendant's expert(s) shall be deposed **on or before May 30, 2005**; plaintiff's expert report(s) shall be disclosed **on or before May 30, 2005**; and plaintiff's expert(s) shall be deposed **on or before June 30, 2005**.

Dated at New Haven, Connecticut, this 24th day of February, 2005.

_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge