UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

-------------------------------------------------------X
RICHARD F. FANNING

       Plaintiff,

v.                                              Civil Action No: 3:02 CV 2034 (SRU)

METRO-NORTH RAILROAD COMPANY,
ET AL,                                    FELA HEARING LOSS CASE - MAY BE
                                                      FILED IN NEW HAVEN AS ORDERED
                                                      BY MAGISTRATE JUDGE MARGOLIS

       Defendants.                     April 4, 2005
-------------------------------------------------------X

**STIPULATION FOR DISMISSAL**

It is hereby stipulated and agreed that the this matter may be dismissed with prejudice and without costs to any parties.

THE PLAINTIFF                                   THE DEFENDANT,
RICHARD F. FANNING                        METRO-NORTH RAILROAD COMPANY

By: _____             By: _____
Scott Perry, Esq., (CT 17236)                 Susan B. Paszymieso, Esq., (CT 25301)
Cahill, Goetsch & Maurer, PC               Ryan, Ryan, Johnson & Deluca, LLP
43 Trumbull Street                                80 Fourth Street, P.O. Box 3057
New Haven, CT 06511-1059                 Stamford, CT 06905
Phone No. 203-865-5904                       Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Avenue
New Haven, CT 06511-1059
Attorney for Plaintiff

_____
Susan B. Parzymieso, Esq.

I:\Procases\205.158\Stipulation4dismissal.wpd